No. 94–234. COLUMBUS, GEORGIA v. KNIGHT ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–237. TRUMBLY ET UX. v. LAWLER, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF LAWLER, DECEASED, ET AL. Ct. App. Tex., 6th Dist. Certiorari denied.

No. 94–238. SISTERS OF THE HOLY FAMILY OF NAZARETH v. CITY OF GRAND PRAIRIE. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 94–240. WEISSBRODT v. WHITE MOUNTAIN APACHE TRIBE OF ARIZONA ET AL. C. A. Fed. Cir. Certiorari denied.

No. 94–241. OLIVER ET AL. v. LEWIS. Ct. App. Ariz. Certiorari denied.

No. 94–242. EGAN v. WELLS FARGO ALARM SERVICES, AKA BAKER PROTECTIVE SERVICES, INC. C. A. 8th Cir. Certiorari denied.

No. 94–244. REHABILITATION SPECIALISTS, INC. v. SAFECO INSURANCE COMPANY OF AMERICA ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–260. SCHEIB ET AL. v. GRANT ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–261. HILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–274. KING ET AL. v. JACKSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–277. GREENWOOD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–279. HUCKABY v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 94–282. YOUNG v. NORTHERN ILLINOIS CONFERENCE OF UNITED METHODIST CHURCH ET AL. C. A. 7th Cir. Certiorari denied.